1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | DIANA MCGREW,              )      Case No. EDCV 11-01021 VAP
                               )      (SPx)
12 |              Plaintiff,    )
                               )      **JUDGMENT**
13 |        v.                  )
                               )
14 | PAMELA A. THATCHER, et     )
   | al.,                       )
15 |                            )
   |              Defendants.   )
16 | _____

17

18 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19      Pursuant to the Order filed herewith, IT IS ORDERED

20 AND ADJUDGED that Plaintiff's Complaint against

21 Defendants Les Zieve, Matthew Tokarz,  Michael Gonzales,

22 Shelly Raiszadeh, Grace Kim, Brian Tran, Ross Bergman,

23 Jesse Hernandez, Janet Song, Anderson McPharlin and

24 Commers LLP, Utls Default Services, LLC, Metlife Home

25 Loans, and Mortgage Electronic Registration Systems,

26

27

28

1    Inc., is DISMISSED WITH PREJUDICE.   The Court orders that

2    such judgment be entered.

3

4

5    Dated:   August 18, 2011

                                   VIRGINIA A. PHILLIPS

6                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28