O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA MCGREW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAMELA A. THATCHER, et al.,<br><br>　　　　Defendants. | Case No. EDCV 11-01021 VAP (SPx)<br><br>**JUDGMENT AS TO DEFENDANT PAMELA A. THATCHER ONLY** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Pamela Thatcher is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: September 26, 2011　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge